IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMMANUEL PRICE,** | Case No. 2:22-cv-2306 KJN (PC) |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **OFFICER BURKHART,** | |
| Defendant. | |

    Having read and considered the *ex parte* request filed by Defendant M. Burkhart and the declaration of Defendant's counsel supporting the request, and for good cause appearing, the application is **GRANTED**.

    Accordingly, **IT IS HEREBY ORDERED THAT**:

    1.    Defendant's request for an order vacating the currently scheduled settlement conference is **GRANTED**, and the settlement conference set for November 7, 2023 is **VACATED**; and

///

///

///

///

2. The Court lifts the current stay of this action for participation in this District's Post-Screening ADR Project. The Court will set a deadline for Defendants to respond to the operative complaint and/or a schedule for this matter by separate order.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE